UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDDIE HELTON,<br><br>                Plaintiff,<br><br>   v.<br><br>MICHAEL J ASTRUE, Commissioner of the Social Security Administration,<br><br>                Defendant. | Case No. C11-389-RSM<br><br>**ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS** |

      The Court, after careful consideration of the plaintiff's complaint, the parties' briefs, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, Defendant's Objections to the Report and Recommendation, Plaintiff's response to the Objections, and the balance of the record, does hereby find and **ORDER**:

      (1)    The Court adopts the Report and Recommendation.

      (2)    The Commissioner's decision is **REVERSED** and the case is **REMANDED** to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

      (3)    The Clerk is directed to send copies of this Order to the parties and to Judge Brian A. Tsuchida.

    DATED this 10 day of April 2012.

                                                                     _____
                                                                     RICARDO S. MARTINEZ
                                                                     UNITED STATES DISTRICT JUDGE