UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EDDIE HELTON,

               Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

               Defendant.

Case No. C11-389-RSM

**ORDER**

The Court has considered the Report and Recommendation of the Honorable Brian Tsuchida, the parties' pleadings, and the record and ORDERS attorney and paralegal fees in the amount of $5,012.30 ($4,524.71 (initial request) + $487.59 (supplemental request)) and expenses in the amount of $27.57 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d); and costs in the amount of $10.00 pursuant to 28 U.S.C. § 1920; 31 U.S.C. § 1304(a), is:

(1) Awarded to plaintiff pursuant to *Astrue v. Ratliff*, – U.S. –, 130 S. Ct. 2521 (2010) and delivered to plaintiff's counsel, Robert A. Friedman; however;

(2) If the U.S. Department of the Treasury determines that plaintiff's EAJA fees, expenses, and costs are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the

ORDER - 1

1  check for EAJA fees, expenses, and costs shall be made payable to

2  plaintiff's attorney, Robert A. Friedman, based upon plaintiff's

3  assignment of these amounts to him.

4  DATED this 13th day of September 2012.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 2